WADE ROBERTSON,
P.O. Box 20185
Stanford, CA. 94309
Telephone: (866)-845-6003
Facsimile: (888)-364-3330

*Pro-Se Plaintiff*

FILED

2008 APR 28 P 1:29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WADE ROBERTSON,

    Plaintiff,

v.

DANIEL FRANCIS RYAN,

    Defendant.

CASE NO. C08 02175 RS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER THE FEDERAL CONSTITUTION.

**DEMAND FOR JURY TRIAL**

Plaintiff Wade Robertson hereby alleges for his Complaint against Defendant Daniel Francis Ryan on personal knowledge as to his own actions and on information and belief as to others, as follows:

**JURISDICTION AND VENUE**

**JURISDICTION EXISTS BY WAY OF THE FEDERAL CLAIMS**

1. This action arises under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments to the Constitution of the United States, and under the laws of the United States, particularly the Civil Rights Act, 42 U.S.C. §§ 1983 and 1988.

2. The jurisdiction of this court is invoked under the provisions of 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because it is where the events complained of occurred.

4. Personal jurisdiction over the Defendant is proper because he is subject to the general jurisdiction of the courts in this state of California---

   (a) the Defendant is a resident of the state of California, and in addition

   (b) the Defendant is actively employed in Palo Alto, California where a substantial part of the events that give rise to the claims occurred.

## INTRADISTRICT ASSIGNMENT

5. Pursuant to Civil L.R. 3-2, assignment of this action to the San Jose Division of this Court is proper since a substantial part of the events that give rise to the claims occurred in Santa Clara County.

## THE PARTIES

6. Plaintiff Wade Robertson (hereafter "Robertson") is a citizen of the state of Tennessee, in the United States of America, where he maintains his permanent residence.

7. Defendant Daniel Francis Ryan is a citizen of the state of California. In addition, Defendant Daniel Francis Ryan is now, and at all times mentioned was a duly appointed, employed and acting police officer of the City of Palo Alto, Santa Clara County, California.

## FIRST CLAIM FOR RELIEF

(For Defendants' Violation of Plaintiff's Civil Rights Under the Federal Constitution)

8. On Friday April 28, 2006, Defendant Daniel Francis Ryan ("Ryan") of the Palo Alto Police Department (Santa Clara County, California), unlawfully detained Plaintiff Wade Robertson ("Robertson"). In doing so, Ryan acted under pretense and color of law and his

official capacity, but such acts were beyond the scope of his jurisdiction and without authorization of law.

9. Thereafter, and also on Friday April 28, 2006, Ryan unlawfully seized Robertson without a warrant and took him into police custody where Robertson was detained against his will in a local police facility and also a county jail for a total detention time in excess of 12 hours. In doing so, Ryan acted under pretense and color of law and his official capacity, but such acts were beyond the scope of his jurisdiction and without authorization of law.

10. The wrongful conduct of Defendant Ryan as alleged above was done unlawfully, and with the specific intent to deprive Plaintiff Robertson of his rights to freedom from illegal searches and seizure of his person, papers, and effects, and of his right to freedom from unlawful arrest, detention, and imprisonment, all of which rights are secured to Plaintiff Robertson by the Fourth, Fifth, and Fourteenth Amendment to the Constitution of the United States, and by 42 U.S.C.A. §§ 1983 and 1988.

11. As a direct and proximate result of the wrongful conduct of Defendant Ryan as alleged above, Plaintiff Robertson was deprived of his freedom, suffered loss of employment, and incurred legal expenses, all to his detriment in an amount to be determined at trial.

12. The wrongful conduct of Defendant Ryan as alleged above was done knowingly, willfully, and with malicious intent, and Plaintiff Robertson is entitled to punitive damages in an amount to be determined by proof at trial.

13. Pursuant to 42 U.S.C.A. § 1988, Plaintiff is entitled to a reasonable allowance for attorney fees as a part of his costs.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Robertson re-alleges all paragraphs above and respectfully requests that this Honorable Court grant an award of damages as determined by a jury from Defendant Daniel Francis Ryan for:

(1) general damages according to proof at trial;

(2) special damages according to proof at trial;

-3-
Complaint for Violation of Civil Rights Under the Federal Constitution     Case No.:_____

(3) punitive damages;

(4) reasonable attorney fees;

(5) costs of suit;

(6) such other and further relief as this court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury for all causes of action, claims or issues in this action which are properly triable as a matter of right to a jury.

Respectfully submitted,

Dated: April 28, 2008

WADE ROBERTSON

-4-
Complaint for Violation of Civil Rights Under the Federal Constitution    Case No.:_____

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 28, 2008

_____
WADE ROBERTSON

≋ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Wade Robertson

### DEFENDANTS
Daniel Francis Ryan

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
-------- PRO-SE ----------------------

Attorneys (If Known)

**C08 02175 RS**

*[ADR stamp]*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [x] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
CIVIL RIGHTS ACT, 42 U.S.C. s1983 & s1988; UNITED STATES CONSTITUTION
Brief description of cause:
VIOLATION OF CIVIL RIGHTS UNDER U.S. CONSTITUTION & CIVIL RIGHTS ACT, 42 U.S.C. s1983 & s1988

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". C-06-04624 (JF)

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND   [x] SAN JOSE

DATE 4/28/2008
SIGNATURE OF ATTORNEY OF RECORD
*/s/ Wade Robertson* (PLAINTIFF PRO-SE)