FILED

2008 JUL 24 P 2:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE ROBERTSON

        Plaintiff(s),

v.

DANIEL FRANCIS RYAN

        Defendant(s).

No. C 08-02175 RS

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/24/2008

Signature _____

Counsel for pro se
(Plaintiff, Defendant, or indicate "pro se")