WADE ROBERTSON,
P.O. Box 20185
Stanford, CA. 94309
Telephone: (866)-845-6003
Facsimile: (888)-364-3330

*Pro-Se Plaintiff*

FILED
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL FRANCIS RYAN,<br><br>    Defendant. | CASE NO.: C08-02175 JW<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)** |

TO THE HONORABLE COURT:

Pursuant to **Federal Rule of Civil Procedure 41(a)(1)**, Plaintiff Wade Robertson hereby **DISMISSES** the Complaint in the present action **WITHOUT PREJUDICE**.

Respectfully submitted,

Dated: August 25, 2008

*(signature)*

WADE ROBERTSON

*Pro-Se Plaintiff*